UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:15-cv-24393-Turnoff

**RAQUEL TORRES BLANCO**

        Plaintiff,

vs.

**NTS ITS NOT THE SAME USA, LLC and
NTS W. USA, LLC**

        Defendants.

_____/

## FINAL ORDER FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the parties' Stipulation for Final Order of Dismissal with prejudice, and the Court having reviewed the documents and file, and being otherwise fully and duly advised in the premises, it is hereby:

**CONSIDERED, ORDERED and ADJUDGED** as follows:

1.    All claims asserted by Plaintiff against Defendant are hereby dismissed with prejudice.

2.    Plaintiff and Defendant shall each bear responsibility for their own attorneys' fees and costs.

3.    This Court shall retain jurisdiction of this matter for the purpose of enforcing the Stipulation executed by the parties.

**DONE AND ORDERED** in chambers, Miami, Florida on this ____ day of _____, 2016.

                                                                    _____
                                                                    JUDGE WILLIAM C. TURNOFF

cc:    All Counsel of Record on attached Service List

## SERVICE LIST

*Blanco v. NTS Its Not the Same USA, LLC, et al.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 15-cv-24393-Turnoff

**Served via CM/ECF**

**Jennifer Birmingham, Esq.**
Email: jennifer@thepcbfirm.com

**The Birmingham Law Firm, PA.**
219 N. Magnolia Law, Ave.
Orlando, Florida 32801
Tel:   (407) 545-5351
*Attorneys for Plaintiff*


**Frank Colonnelli, Jr., Esq.**
Email: fcolonnelli@boydlawgroup.com
**Robert E. Menje, Esq.**
Email: rmenje@boydlawgroup.com

**Boyd Richards Parker & Colonnelli, P.L.**
100 S.E. Second Street, Suite 2600
Miami, FL 33131
Tel:   (786) 425-1045
Fax:   (786) 425-3905
*Attorneys for Defendants*